IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ODELL BURGESS, #579316 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-07-049 |
| | § | |
| NATHANIEL QUARTERMAN, Director | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is

**DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 2nd day of April, 2007.

Samuel B. Kent
United States District Judge